FILED

08/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0325

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 20-0325

LANCE GERALD DEINES,

      Petitioner,

v.

LYNN GUYER, WARDEN,
MONTANA STATE PRISON,

      Respondent.

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 5, 2020, within which to prepare, serve, and file its response brief.

**KFS**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 31 2020